IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LULA B. LANDOWN                                                                                                          PLAINTIFF

v.                                 No. 3:12CV00015 KGB

RAY RUNYON, Special Administrator of
the ESTATE OF MARK D. FELPS, Deceased                           DEFENDANT

### ORDER OF DISMISSAL

Having been informed that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 24th day of May, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE